## AFFIDAVIT

I, Shaun Stanton, currently assigned to the Cartel, Gang, Narcotics, and Laundering (CGNL) Task Force of the FBI as a Task Force Officer, hereinafter referred to as your Affiant, being duly sworn, do state the following:

## INTRODUCTION

1.      As a Task Force Officer for the FBI, your Affiant is an investigative law enforcement officer of the United States of America within the meaning of Title 21 Matters. Your Affiant is empowered to conduct investigations and to make arrests for drug related and money laundering offenses.

2.      Your Affiant is currently assigned to the Southeast Area Law Enforcement (SEALE) Narcotics Task Force and is a sworn Cartel, Gang, Narcotics, and Laundering (CGNL) Task Force officer in northern Ohio. Affiant avers that he has conducted and/or participated in investigations into illicit drug trafficking operations, which were resultant in state and local prosecutions, and has interviewed drug traffickers and drug abusers during these and other investigations. Affiant avers that he has conducted investigations into drug traffickers and drug abusers. Affiant has participated in the execution of narcotic search warrants and participated in controlled purchases of narcotics using confidential informants.

3.      Your Affiant avers that he has received his OPOTA certificate from the Cleveland Heights Police Academy in May, 2016. Affiant has received training in Criminal Patrol and Drug Interdiction from the Southwest K9 training group. Affiant has also received training in Characteristics of Criminal Gunmen from the Middle Atlantic-Great Lakes Organized Crime Law Enforcement Network (MAGLOCEN) with relevant coursework related to narcotics investigations. Affiant avers that he has received training in narcotics-related financial

1

investigations through MAGLOCEN and the Midwest Counter-drug Training Center (MCTC) as it relates to the elements of the various financial crimes that stem from the laundering and accumulation of profits from the illegal narcotics industry.

4.     Your Affiant makes this affidavit in support of a criminal complaint and arrest warrant for THOMAS TAYLOR for violations of: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, and Possession with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and 846.

## BASIS OF INFORMATION

5.     Your Affiant is familiar with the facts and circumstances of the offenses described in this Affidavit based upon your Affiant's personal participation in the investigation of THOMAS TAYLOR as well as through information obtained from other law enforcement agencies, witnesses, and reliable sources.

6.     Except as otherwise noted, the information set forth in this Affidavit has been learned directly by Your Affiant.  Unless otherwise noted, whenever in this Affidavit your Affiant asserts that a statement was made, the information was provided directly to your Affiant. Likewise, information resulting from surveillance, except where otherwise indicated, does not necessarily set forth your Affiant's observations but rather has been provided directly or indirectly by other law enforcement officers who conducted such surveillance.  Likewise, any information pertaining to vehicles and/or registrations, personal data on subjects and record checks has been obtained through the Law Enforcement Automated Data System (LEADS); from the State of Ohio or the National Crime Information Center (NCIC) computers; or by the Ohio Law Enforcement Gateway database (OHLEG) by members herein described.

7.      Since this Affidavit is being submitted for the limited purpose of securing the requested arrest warrant, this affidavit does not contain each and every piece of information known to your Affiant and other investigators, but rather only information sufficient to establish probable cause to support the requested arrest warrant.

### FACTS AND CIRCUMSTANCES ESTABLISHING PROBABLE CAUSE

8.      Affiant states that on April 1, 2024, after the culmination of narcotics investigation into THOMAS TAYLOR and his drug trafficking operation (DTO), CGNL Task Force Officers, with the assistance of other area law enforcement agencies, executed search warrants at four residences that are all associated with TAYLOR. Specifically, during the course of the investigation, TAYLOR was observed during electronic and physical surveillance going to each of the four locations on a frequent basis and directly in connection with his drug trafficking activities. Other confidential reliable information provided to law enforcement supported his drug activities at each of the locations. The four locations are as follows:

   a.   3236 East 134th Street, Cleveland, Ohio 44120, a location where TAYLOR was found present on April 1, 2024, and where numerous controlled transactions of fentanyl occurred during the investigation,

   b.   10916 Dove Avenue, Cleveland, Ohio 44120, a location known to be the DTO's narcotics manufacturing hub,

   c.   17415 Stockbridge Avenue, Cleveland, Ohio 44120, is the residence of one of TAYLOR's children's mothers and TAYLOR's storage or stash house, and

   d.   10106 Ridgewood Drive, Twinsburg, Ohio 44087, TAYLOR's primary residence.

9.      Affiant states that upon executing the warrants, detectives observed Noreece Young (a DTO member who assisted TAYLOR sell fentanyl to informant(s) on previous occasions) come to the front door of 3236 East 134th Street, Cleveland, Ohio 44120 while they were detaining TAYLOR in front of the residence. Detectives ordered Young to remain at the door to the residence. Young locked the front door and ran back inside the residence. When entry

3

was made, exterior officers observed Young jumping from the rear of the residence, injuring himself in the process, and fleeing to the southwest. Edwin Peavy, Sr. was located in the rear hallway to the residence and detained. Upon entry into 10916 Dove Avenue, Cleveland, Ohio 44120, detectives located Michael Anderson in the 1st floor living room of the residence where he was detained. At 17415 Stockbridge Avenue, Cleveland, Ohio 44128, detectives located 2 females, Marcia and Aleka Hawkins (mother and daughter), as well as Hawkins' and TAYLOR's 8-year-old son. When all of the above locations were secured, the following evidence of Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, and Possession with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and 846:

### 3236 East 134th Street, Cleveland, Ohio 44120

a. A loaded Smith & Wesson 9mm handgun on a couch cushion in the living room.

b. A loaded Taurus G2C 9mm handgun on a table in the living room.

c. Approximately 10 grams of suspected fentanyl on a table in the living room.

d. Approximately 20 grams of suspected fentanyl and pills on a shelf in the living room.

e. 3 cellphones, paperwork, and 3 scales on a table in the living room.

f. U.S. currency on a table in the living room.

g. Approximately 125 grams of suspected fentanyl in the SE 1st floor room.

h. A social security card to Noreece Young located in the SE 1st floor room.

i. Woodforest bank paperwork, a scale, and a phone in the SW 1st floor bedroom.

j. Suspected psilocybin mushrooms in the SW 1st floor bedroom.

k. Approximately 25-50 grams of suspected fentanyl out of kilo-wrapper on, and around, the toilet in the 1st floor bathroom, likely disposed of while detectives were making entrance into the residence.

l. Approximately 75 grams of suspected fentanyl pills and powder in the 1st floor bathroom.

4

    m. A suspected kilo-wrapper with residue on the floor in the 1st floor bathroom.

**10916 Dove Avenue, Cleveland, Ohio 44120:**

    a. Multiple Tyvek suits covered in blue powder, multiple kilogram wrappers and gallon-sized Ziploc bags with residue, and a Home Depot receipt for the purchase of the suits from March 14, 2024 in the upstairs north room. Detectives have surveillance video of Taylor making this purchase as well as surveillance of him bringing one of the suits into the residence.

    b. A pill press and a kilogram press located in the upstairs middle room.

    c. Approximately 250 grams of suspected fentanyl powder on seized machinery in the upstairs portion of the residence.

    d. Approximately 1-2 kilograms of an unknown powder and 3 pounds of suspected methamphetamine in multiple bags in the wall of the upstairs SW bedroom.

    e. Multiple kilogram wrappers and gallon-sized Ziploc bags in the upstairs SW bedroom.

    f. A pill press and 2 other mechanical devices in the upstairs kitchen area.

    g. A kilogram press and Firmapress powder bag in the basement.

    h. A cellphone belonging to Michael Anderson in the 1st floor living room.

**17415 Stockbridge Avenue, Cleveland, Ohio 44128**

    a. An opened kilogram package of suspected cocaine with approximately 500 grams in the basement.

    b. Hundreds of wax bindles (packaging) and paperwork to THOMAS TAYLOR in the basement in the same room as the narcotics.

    c. 7 individual kilogram wrappers with residue, suspected to be both fentanyl and cocaine, in the basement.

    d. Approximately 2 pounds of suspected marijuana in the basement.

    e. An unloaded shotgun in the 2nd floor master bedroom.

**10106 Ridgewood Drive, Twinsburg, Ohio**

    a.  9mm ammunition located in the SE bedroom.

    b.  A loaded Glock 30S handgun in the SE bedroom.

    c.  Miscellaneous paperwork in the dining room.

    d.  Drug test strips in the dining room.

    e.  A planner with other documents in the NE bedroom.

    f.  4 phones located in the front passenger floor of the black Dodge Durango in the garage.

    g.  2 phones in the GMC truck in the driveway.

    h.  Miscellaneous paperwork in the NW 2nd floor office.

    i.  Miscellaneous paperwork in the SE bedroom.

10.    Affiant states that in addition to what was seized during the search warrants, THOMAS TAYLOR had multiple phones on his person when he was taken into custody including the one having the phone number 216 644 6515 identified during the investigation into his DTO. TAYLOR also had U.S. currency and bank cards to Citizens Bank and Navy Federal Credit Union. These items were seized from TAYLOR.

11.    Affiant states that upon securing TAYLOR and the starting the execution of the search warrants in Cleveland, Ohio, TAYLOR's girlfriend, Janelle Fossett, attempted to leave the Twinsburg, Ohio, residence. She was stopped outside the residence and found to be in possession of approximately $10,000 in cash as well as a money counter. These items were seized as well.

**CONCLUSION**

12.     Your Affiant believes that there is probable cause to believe that THOMAS

TAYLOR and others committed the violations of: Conspiracy to Distribute Possess with Intent

to Distribute Controlled Substances, and Possession with Intent to Distribute Controlled

Substances, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and 846.

_____
Task Force Officer Shaun Stanton
SEALE Narcotics/CGNL Task Force


This affidavit was sworn to by the affiant by telephone after a PDF was transmitted by email, per
Crim. R. 41(d)(3) on this _____ day of April 2024. at 2:50 p m .

_____
JENNIFER DOWDELL ARMSTRONG
UNITED STATES MAGISTRATE JUDGE

7