IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:24CR155 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS TAYLOR, | ) | JOINT PROPOSED PRELIMINARY |
| | ) | STATEMENT |
| Defendant. | ) | |

The United States of America, by and through its counsel, Carol M. Skutnik, Acting United States Attorney, Payum Doroodian, Assistant United States Attorney, and Joseph P. Morse, Attorney for Defendant Thomas O. Taylor, respectfully submit the following joint proposed preliminary statement of facts:

>The United States alleges that between January 1, 2024, and April 1, 2024, Defendant Thomas Taylor engaged in a conspiracy or agreement with others to possess with intent to distribute and to distribute controlled substances, specifically fentanyl and methamphetamine. Further, Defendant knowingly distributed and aided and abetted in the distribution of significant quantities of fentanyl on four occasions. Finally, on April 1, 2024, Defendant knowingly possessed and aided and abetted in the possession of significant quantities of fentanyl, methamphetamine, and cocaine. Defendant also knowingly possessed a firearm and ammunition while knowing that he was a convicted felon.

2

Defendant has pled not guilty to all charges.

Respectfully submitted,

CAROL M. SKUTNIK
Acting United States Attorney

s/Payum Doroodian
Payum Doroodian (DC: 1035376)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3870/3739
(216) 522-7499 (facsimile)
Payum.Doroodian@usdoj.gov
