IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:24CR155 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS O. TAYLOR, | ) | BILL OF PARTICULARS |
| | ) | RE: FORFEITURE |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, Rebecca C. Lutzko, United States Attorney, and respectfully submits this Bill of Particulars – Re: Forfeiture.  On March 5, 2025, a 15-count superseding indictment was returned in the above-captioned case. The Second Superseding Indictment included a forfeiture provision, which is incorporated herein by reference.  Specifically listed in that provision, as relates to Defendant Thomas O. Taylor, was a Glock model 30S, .45 caliber semiautomatic pistol, bearing serial number BUSY928, and .45 caliber ammunition, seized from Defendant Taylor.

By this Bill of Particulars – Re: Forfeiture, the United States further specifies that that the property subject to forfeiture under the forfeiture provision as relates to Defendant Thomas O. Taylor also includes, but is not limited to, the following: $10,820.00

.

        Respectfully submitted,

        CAROL M. SKUTNIK
        Acting United States Attorney

By:   /s/ Jason M. Katz
        Jason M. Katz (OH: 00076104)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3844
        Jason.Katz@usdoj.gov