IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 1:24 CR 155 |
| Plaintiff, | ) JUDGE DONALD C. NUGENT |
| v. | ) <u>TRIAL BRIEF OF DEFENDANT</u> <u>THOMAS O. TAYLOR</u> |
| THOMAS O. TAYLOR, | ) |
| Defendant. | |

The Defendant, Thomas O. Taylor, by and through his counsel, Joseph P. Morse, respectfully submits the following Trial Brief in accordance with this Court's Trial Order.

### *Statement of Facts:*

The United States alleges that between January 1, 2024, and April 1, 2024, Defendant Thomas Taylor engaged in a conspiracy or agreement with others to possess with intent to distribute and to distribute controlled substances, specifically fentanyl and methamphetamine. Further, Defendant knowingly distributed and aided and abetted in the distribution of significant quantities of fentanyl on four occasions. Finally, on April 1, 2024, Defendant knowingly possessed and aided and abetted in the possession of significant quantities of fentanyl, methamphetamine, and cocaine. Defendant also knowingly possessed a firearm and ammunition while knowing that he was a convicted felon.

*Potential Evidentiary Issues*

Mr. Taylor preserves the right to argue any existing evidentiary issues that may arise prior to trial as well as during trial. Further, should said evidentiary issues arise, counsel requests the opportunity to provide case law in furtherance of argument.

By:   /s/ Joseph P. Morse
      Joseph P. Morse (OH: 0073298)
      323 West Lakeside Avenue, Suite 220
      Cleveland, OH 44113
      (216) 241-0520
      jpm@jmorse-law.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true an accurate copy of the foregoing Motion and Memorandum was forwarded to First Assistance United States Attorney and/or a member of his staff by means of the electronic filing system.

By:   /s/ Joseph P. Morse
      Joseph P. Morse (OH: 0073298)
      323 West Lakeside Avenue, Suite 220
      Cleveland, OH 44113
      (216) 241-0520
      jpm@jmorse-law.com